

$C H N$

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ATHENA IVEY and MARTIKA McLEOD,
Individually and on behalf of those similarly
situated,

                       Plaintiffs,     Civil Action No. 09 Civ. 7024 (DC)

     -against-

B & H PHOTO AND VIDEO, INC.,

                       Defendant.

------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Athena Ivey, Martika McLeod and Defendant B & H Foto & Electronics Corp. (incorrectly named herein as "B & H Photo and Video, Inc.") (collectively the "Parties"), through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

Respectfully submitted,

THE MAURO LAW FIRM
33 Queens Street – Suite 103
Syosset, New York 11791

By: _____
Eden Fitzgibbons Mauro, Esq. (EF 5296)

ATTORNEY FOR PLAINTIFFS

|  |  |
|---|---|
| 12/8/09<br>Date | JACKSON LEWIS LLP<br>59 Maiden Lane, 39TH Floor<br>New York, New York 10038-4502<br>(212) 545-4000<br>By: _____<br>Matthew A. Steinberg (MS 3979)<br>ATTORNEYS FOR DEFENDANT |

SO ORDERED:

_____
U.S.D.J.

12/14/09